UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Club Y Bar & Grill, Inc. a Minnesota corporation, and Caryn Brown,

Plaintiffs,

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

vs.

County of Cass,

Defendant

Court File No.Civ-00-273(PAM/RLE)

---

WHEREAS, Plaintiffs commenced the above-entitled action against Defendants, seeking a declaratory judgment that the Cass County ordinance regulating the zoning of adult entertainment was unconstitutional under the First and Fourteenth Amendments to the United States Constitution and seeking preliminary and permanent injunctive relief against the enforcement of said ordinance;

WHEREAS, since the commencement of the above-entitled action, Defendant has substantially re-written its ordinance, rendering moot Plaintiffs' claims for declaratory and injunctive relief,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. That the above-entitled action may be dismissed as moot.

2. This dismissal shall be without prejudice to Plaintiffs' right to commence any new actions as follows:

a. Any action challenging the constitutional validity of the amended adult entertainment licensing and zoning ordinances enacted by the County of Cass.

b. Any action for damages, pursuant to the decision of the United States Supreme

FILED AUG 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Court in *Monell v. New York City Department of Social Services,* 436 U.S. 658, 98 S. Ct. 2018 (1978), based upon a claim of the unconstitutionality of the adult entertainment zoning ordinances challenged in the instant case.

3. Entry into this stipulation by Defendant does not constitute any concession as to the merits of any future such lawsuit brought by Plaintiffs, and does not constitute a waiver of any defense Defendants might otherwise have to such a lawsuits, other than a defense based upon collateral estoppel and/or res judicata, based upon Plaintiffs' failure to raise such claims in the present lawsuit.

4. The dismissal will be without costs to either party and expressly includes a waiver by Plaintiffs of any right to seek an award in the present action pursuant to Title 42 U.S.C. Sec. 1988.

**RANDALL TIGUE LAW OFFICE, P.A.**

Randall D.B. Tigue
Atty ID No. 110000
Attorney for Plaintiffs
Karmel Square Bldg., Elroy St. Entrance
2940 Pillsbury Avenue South
Minneapolis, MN 55408
612/825-0936

Dated: August 3, 2000

**RATWIK, ROSZAK & MALONEY, P.A.**

By: Stephen G. Andersen
Atty ID No. 138691
Attorneys for Defendant
300 Peavey Building
730 South Second Avenue
Minneapolis, MN 55402
612/339-0060

Dated:

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED:

1. That the above-entitled action be and hereby is dismissed as moot, without prejudice, as per the terms of the stipulation, which are adopted and incorporated by reference as if fully set forth herein.

BY THE COURT:

PaulMagnuson, Chief Judge

Dated: August 10, 2000